UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NASHVILLE PHARMACY SERVICES, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INDEPENDENT PHARMACY COOPERATIVE and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 3:18-cv-00668 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Nashville Pharmacy Services, LLC hereby dismisses this action without prejudice.

Dated: August 14, 2018.

Respectfully submitted,

/s/ Charles F. Barrett
Charles Barrett (#20627)
Benjamin C. Aaron (#34118)
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
cbarrett@nealharwell.com
baaron@nealharwell.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the forgoing was served via email, and/or U.S. Mail, and the Clerk's ECF filing system on the following on August 14, 2018:

Marci V. Kawski
HUSCH BLACKWELL LLP
33 E. Main Street, Suite 300 P.O. Box 1379
Madison, WI 53701-1379
Marci.Kawski@huschblackwell.com

                                      /s/ Charles F. Barrett
                                      Charles Barrett